# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: Jon M. Ludwig,
Attorney at Law, Bar No. 3998

Case No. 2:24-ms-00047-APG

**ORDER OF SUSPENSION**

Attorney Jon M. Ludwig State, Bar No. 3998, was suspended by the Supreme Court of Nevada on July 2, 2024. On October 27, 2024, the court ordered Mr. Ludwig to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 1. That order was mailed via certified mail. However, the order was returned from the United States Postal Service marked "Return to Sender-Not Deliverable as Addressed-Unable to Forward." Regardless, the order provided Mr. Ludwig with 30 days to respond with reasons why he should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Jon M Ludwig, Bar No. 3998, is suspended from practice in United States District Court for the District of Nevada.

DATED THIS 19th Day of  December  , 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 31 day of __December__ 2024, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Jon M. Ludwig
1200 17th St., Ste. 3000
Denver, CO 80202

Certified Mail No.: 7020 3160 0000 7420 1971

/s/ Sharon H.
Deputy Clerk
United States District Court,
District of Nevada